### *Defiance* vs. *Count of Toulouse*, 1746

Court of Vice Admiralty, Colony of Rhode Island, on Saturday Ma[r]ch the 22$^d$ A. D. 1745/6

The following Preparatory Examination was taken before the Hon$^{le}$ W$^m$ Strenghthfield Esq$^r$ Dep: Judge

Anthony Alablang Boatswain on board the French Ship sent in by Cap$^t$ Dennis as prize being sworn to give true answers to the following Questions. Vze

*Ques.* What knowledge have you of the Ship Bro$^t$ in by Cap$^t$ Dennis as Prize

*An.* We came out of the River of Nans, bound to Port S$^t$ Luis or Hyspaniola, where we arrived about the Latter end of Oct$^r$ And there Loaded, and Sailed on or about the 28th of January bound to Pette Quava, and in the prosecution of our Voyage was taken by Cap$^t$ Dennis, on or about the 30th of January.

*Ques.* What does the Cargo Consist of taken in at Port St. Luis

*Ans.* Indigo, Sugar, and some Cotton.

*Ques.* To Whom does the Vessel and Cargo belong

*An.* To one M$^r$ Croke, of Nans, and a Subject of the King of France

*Ques.* Had you any papers on board at the time of Capture.

I know of none

*Ques.* Had you any Ingagement.

*An.* Yes, and Lost two men.

*Ques.* Had your Commander any Commission, from the King of France

*An.* Yes.

*Ques.* What number of men had you on board at the time of Ingagement

*Ans.* We had fifty five, Seven of w$^h$ were Spaniards, and the rest French Men

*Ques.* What Number of Cannon, had you on board

*An.* Twenty.

*Ques.* What was the Com$^{rs}$ name and the Ship

*An.* The Ship was Called the Count of Toulous. The Cap$^{ts}$ name Piere.

Anthony   &times;   Allablangs<br>mark

To the truth of which Examination Jean Toursain-Kerzeon also gave oath in being one of the Mariners

Jean Coussain Kerzeon

John Dennis Commander of the Brig$^n$ Defiance beeing sworn in Court to make answer to the Following Questions.

*Ques.* When Where and by whom, was this Ship taken Bro$^t$ in here as Prize

*Ans.* In sight of Cape Tiberoon at west end of the Island of Hyspaniola on or about the 29th of January the s$^d$ Ship was taken by me and Company

*Ques:* Had you any Ingagement and What

*Ans.* I Engaged her and two more about an hour and a half, and took her after firing Several broad Sides at each other

*Ques.* Did you lose any men, and how many at the Engagement

*An.* I lost about Fifteen, and had about Thirty wounded

*Ques.* How many men had they on board at the time of Engagement

*Ans.* By the Cap$^{ts}$ Acc$^t$ they had Eighty four, on board at the time of Engagement, and after my takeing s$^d$ Ship Sixty Seven of which I put on Shore at Cape Tiberoon on Hyspaniola the most of w$^h$ were Frenchmen

*Ques.* Are all the papers now produced in Court All that were taken on board s$^d$ Ship without any addition, Subduction or Embezelment

*An.* All, saving one Invoice w$^h$ I will deliver into Court.

John Dennis

To the truth of which Evidence Henry Stevenson master of the Brig$^n$ Defiance made oath Saving that answer relating to the papers.

Henry Stevenson

COURT OF VICE ADMIRALTY Colony of Rhode Island, etc. at a Court of Admiralty held at Newport Afores$^d$ On Tuesday the 2$^d$ day of April A. D. 1746 Present the Hon$^{le}$ W$^m$ Strengthfield Esq$^r$ Dep. Judge The Court being opened The Libel etc. Read, with a Petition preferred by Cap$^t$ Jos$^h$ Dennis

*Ques.* Have you any knowledge where this Ship was built

*An.* Yes. I know she was built at Nantz in France

Jean Coussain Kezco

342

At which time the Judge pronounced the Following Decree

COLONY [OF] RHODE ISLAND ETC. CURIA ADMIRALITATIS. Whereas application hath been made to this Court, by the Captors of the ship Count of Touloze setting forth that several Goods on board sd Vessel are likely to suffer damage by lying, and as it is plain from the Evidence of the French Prisoners taken in s^d ship as well as the French papers, Bills of Lading, Invoice etc. that the said ship, together with her Cargo, consisting of Indigo, Sugar and Cotton, [was?] owned at the time of Capture by Jn° and And^rw Cropp, Frenchmen and Inhabitants of Nantz and subjects of the French King, Enemys to our Sovereign Lord the King, I therefore condemn the s^d Ship and Cargo as lawfull Prize to be divided between the said Captain John Dennis his Owners and Company after the same is appraised by Thomas Vernon, Jonathan Tillinhast and Robert Shearman. — The Captors paying Cost of Court.

W^m Strengthfield D Judge.

Newport April 2^d 1746